UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| LATANYA SELLARS, | : | CASE NO. 24-40173BEM |
| | : | |
| Debtor. | : | (HONORABLE BARBARA ELLIS-MONRO) |
| | : | |
| THOMAS D. RICHARDSON, Trustee in Bankruptcy for Latanya Sellars, Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| LATANYA SELLARS, Respondent. | : | |

### TRUSTEE'S MOTION TO COMPEL

COMES NOW THOMAS D. RICHARDSON, Chapter 7 Trustee in bankruptcy for Latanya Sellars ("Trustee"), by and through his undersigned attorneys, and shows the Court as follows:

1.

Movant is the duly appointed Chapter 7 Trustee in bankruptcy in the above captioned bankruptcy case which was commenced February 5, 2024 by the filing of a voluntary Chapter 7 Petition. The 341(a) meeting of creditors was scheduled in the case for March 7, 2024, and Debtor appeared and testified, but the meeting of creditors was not concluded, but instead continued to April 4, 2024 for Debtor to produce and testify concerning her last filed federal tax return.

2.

Based on Trustee's review of the Debtor's bankruptcy Schedules and online review of values for scheduled real estate owned by the Debtor located at 117 Wellsley Court, Dallas, Paulding County, Georgia ("Property"), Trustee has reason to believe the Property may have value

1311069.1

sufficient to warrant the Trustee administering the Property in the case. To assist Trustee in his analysis of the Property and it potentially being an asset worth administering in this case, Trustee needs additional information from Debtor, including a copy of a recent statement from all mortgage holders (or servicers of mortgages) and documentation relating to Debtor's testimony at the March 7, 2024 meeting of creditors that Debtor believed she had paid off one of the mortgage holders.

3.

Trustee sent emails to Debtor on March 8, March 18, and March 24, 2024 requesting the documents referenced above, but to date, Debtor has not replied, or otherwise responded, to Trustee's request for documents.

4.

The Trustee has requested that a bar date for claims be issued, and June 5, 2024 has been established as the bar date for all claims in the case (Doc. 16).

5.

The Trustee has been attempting to secure the cooperation of the Debtor to assist in Trustee's investigation into the Property, and it potentially being an asset to be administered in the case, but the Trustee's efforts thus far have been unsuccessful.

6.

It is critical to the administration of this case that the Debtor cooperate with the Trustee (and his real estate professionals).

7.

Pursuant to 11 U.S.C. §521(a)(3), the Debtor "shall … cooperate with the trustee as necessary to enable the trustee to perform the trustee's duties under this title."

2

1311069.1

8.

For the Trustee to fulfill his statutory duties in this case, it is necessary that the Debtor cooperate with the Trustee and any of his agents, including real estate professionals, in all respects, including, but not limited to, sharing information about outstanding mortgages including the amount of debt outstanding, Debtor's cell phone contact information, and meeting with any real estate professionals that may be employed by Trustee to evaluate the Property and its value, and making the Property accessible to any of the estate's real estate professionals at reasonable times, upon reasonable notice, to show the Property to prospective buyers and that at the time of any showings leaving the Property in good order.

9.

The Trustee seeks as relief an Order from this Court directing the Debtor to cooperate with the Trustee and any of his real estate professionals in the administration of this estate, including, but not limited to, cooperating with the Trustee (a) by producing recent statements from all mortgage holders (or servicers of mortgages) and documentation relating to Debtor's testimony at the March 7, 2023 meeting of creditors that Debtor believed she had paid off one of the mortgage holders, (b) by making the Property accessible at reasonable times, upon reasonable notice, and (c) by leaving the Property in good order at the time of any showings of the Property and not in any way thwart or frustrate the Trustee's efforts to list, market, and sell the Property.

WHEREFORE, the Trustee moves the Court to enter an Order (i) compelling the Debtor to cooperate fully with the Trustee and any of his real estate professionals as specified in this Motion, and (ii) granting such other and further relief as may be just and proper under the premises.

1311069.1

BRINSON ASKEW BERRY, LLP

BY: _____
THOMAS D. RICHARDSON
Georgia Bar No. 604313
Attorney for Trustee in bankruptcy for the estate of Latanya Sellars

P. O. Box 5007
Rome, GA 30162-5007
(706) 291-8853
(706) 234-3574
trichardson@brinson-askew.com

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| **LATANYA SELLARS,** | : **CASE NO. 24-40173BEM** |
| Debtor. | : |
| | : |
| **THOMAS D. RICHARDSON, Trustee in** | : **(HONORABLE BARBARA ELLIS-MONRO)** |
| **Bankruptcy for Latanya Sellars,** | : |
| Movant, | : |
| | : |
| vs. | : |
| | : |
| **LATANYA SELLARS,** | : |
| Respondent. | : |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that Thomas D. Richardson, Trustee in bankruptcy for Latanya Sellars, has filed a Motion to Compel seeking an order compelling the Debtor to cooperate with the Trustee and his real estate professionals.

Please take notice that the Court will hold an initial telephonic hearing for announcements on the Motion on **May 22, 2024** at the following toll-free number: 833-568-8864; meeting id. 160 862 0914 at 9:25 a.m. in Courtroom 342, United States Courthouse, 600 East First Street, Rome Georgia 30161.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how, and to whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The

1311069.1

address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, 600 E. 1st Street, Room 339, Rome, Georgia 30161. You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the motion for relief from stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty (30) of filing the motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

Dated: 4/1/24

BRINSON ASKEW BERRY, LLP

THOMAS D. RICHARDSON
Georgia Bar No. 604313
Attorneys for the Chapter 7 Trustee in
bankruptcy for Latanya Sellars

P. O. Box 5007
Rome, GA 30162-5007
(706) 291-8853
trichardson@brinson-askew.com

1311069.1

## CERTIFICATE OF SERVICE

This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

Debtor(s):

Latanya Sellars
117 Wellsley Court
Dallas, GA  30132

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Case Management – Electronic Case Filing System (CM/ECF), which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case and are registered with CM/ECF:

Alan Hinderleider (Office of the U.S. Trustee)

Jeneane Treace (Office of the U.S. Trustee)

This  1  day of April, 2024.

                              BRINSON ASKEW BERRY, LLP

                              By: _____
                              Thomas D. Richardson
                              Georgia Bar No: 604313
                              Interim Trustee in bankruptcy for the estate
                              of Latanya Sellars

P.O. Box 5007
Rome, Georgia 30162-5007
(706) 291-8853
trichardson@brinson-askew.com

1311069.1